## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV6449                                  Purchased/Filed: July 16, 2007

STATE OF NEW YORK      UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

---

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*     Plaintiff

against

*Empire Hudson Inc. d/b/a Empire Hudson Services f/k/a Decor Services, Inc.*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

     Jessica Miller     , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on    July 25, 2007   , at   2:00 pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

     Empire Hudson Inc.     , the Defendant in this action, by delivering to and leaving with      Carol Vogt     , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,   2   true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service was made pursuant to Section   306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__    Approx. Wt.: __118__    Approx. Ht.: __5'__
Color of skin: __White__    Hair color: __Brown__    Sex: __F__    Other: _____

Sworn to before me on this

__28th__ day of _____ July, 2007 _____

DONNA M. TIBINGS
NOTARY PUBLIC, State of New York
No. 01TI4896570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0706226

SERVICO, INC. · PO BOX 871 · ALBANY, NEW YORK 12201 · PH 518-463-4179