

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | ) ) ) Index No. 07-CIV-6449 (SCR) |
| Plaintiffs, | ) ) REQUEST FOR ENTRY OF ) DEFAULT JUDGMENT |
| -against- | ) ) ) |
| EMPIRE HUDSON INC. d/b/a EMPIRE HUDSON SERVICES f/k/a DÉCOR SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Empire Hudson Inc. d/b/a Empire Hudson Services f/k/a Décor Services, Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds against the Defendant, Empire Hudson Inc. d/b/a Empire Hudson Services f/k/a Décor Services, Inc. in the sum of $5,572.72, which includes principal, interest, attorneys' fees, court costs and disbursements.

Dated:  Elmsford, New York
        September 4, 2007

                                    Dana L. Henke (DLH3025)
                                    Barnes, Iaccarino, Virginia,
                                    Ambinder & Shepherd, PLLC
                                    258 Saw Mill River Road
                                    Elmsford, New York 10523
                                    (914) 592-1515

