UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Index No. 07-CIV-6449 (SCR) |
| Plaintiffs, | DEFAULT JUDGMENT |
| -against- | |
| EMPIRE HUDSON INC. d/b/a EMPIRE HUDSON SERVICES f/k/a DÉCOR SERVICES, INC., | |
| Defendant. | |

---

This action having been commenced on July 16, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Empire Hudson Inc. d/b/a Empire Hudson Services f/k/a Décor Services, Inc. on July 25, 2007 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on August 2, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Five Thousand Five Hundred and Seventy Two Dollars and Seventy Two Cents ($5,572.72), which includes the following: the principal amount owed in late charges in the sum of $3,642.72 for the period April 5, 2005 through to and including July 12, 2005, attorneys' fees in the sum of $1,500.00; plus court costs and disbursements of this action in the sum of $430.00.



ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
September 12, 2007

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.